The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SINISA ARARANKOVIC,<br><br>                              Plaintiff,<br><br>         v.<br><br>CHAD F. WOLF, *et al.,*<br><br>                              Defendants. | Case No. 2:20-cv-385 RAJ<br><br>STIPULATED MOTION AND ORDER TO REMAND TO AGENCY FOR ADJUDICATION |

The parties, through their undersigned counsel of record, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and remand it to U.S. Citizenship and Immigration Services ("USCIS"), so USCIS can complete its processing and adjudicate Plaintiff Sinisa Ararankovic's ("Plaintiff") application for naturalization.

USCIS agrees to complete any final interview of Plaintiff within fourteen (14) days of the date the Court issues an order granting this stipulated motion remanding the matter to USCIS. Within sixty (60) days of that interview, USCIS will adjudicate Plaintiff's naturalization application and issue a decision. If USCIS does not comply with those deadlines and either party desires to reopen this matter, the parties will file an agreed motion to reopen the case.

STIPULATED MOTION AND ORDER
TO REMAND FOR ADJUDICATION
2:20-cv-385 RAJ
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 8, 2020                          s/ Alexandra Lozano
                                             ALEXANDRA LOZANO , WSBA # 40478
                                             16400 Southcenter Pkwy, Ste 410
                                             Tukwila, WA 98188
                                             Telephone: 206-406-3068
                                             E-mail: Alexandra@abogadaalexandra.com

                                             *Attorney for Plaintiff*


DATED: July 8, 2020                          s/ Sarah K. Morehead
                                             SARAH K. MOREHEAD, WSBA #29680
                                             Assistant United States Attorneys
                                             United States Attorney's Office
                                             700 Stewart Street, Suite 5220
                                             Seattle, WA 98101-1271
                                             Phone: (206) 553-7970
                                             Email: sarah.morehead@usdoj.gov

                                             *Attorney for Defendants*

## ORDER

**IT IS SO ORDERED**. This matter is dismissed without prejudice and without fees or costs to either party; USCIS will adjudicate the matter as set forth above.

DATED this 10th day of July, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER
TO REMAND FOR ADJUDICATION
2:20-cv-385 RAJ
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970